Ann M. Alexander, Esq.
Nevada Bar No. 7256
ERICKSON, THORPE & SWAINSTON
99 West Arroyo Street
Reno, Nevada 89509
Telephone: (775)786-3930
Facsimile: (775)786-4160
**Attorney for Defendants**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FUENTES MILTON and SUZANA MONTOYA and M.F., a minor by and through his guardians ad litem MILTON FUENTES and SUZANA MONTOYA,<br><br>     Plaintiff,<br><br>v.<br><br>LYON COUNTY SCHOOL DISTRICT, JERILEE KENT, and DOES 1-30,<br><br>     Defendants. | Case No. 3:19-cv-00144-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

   IT IS HEREBY STIPULATED AND AGREED between the parties that Defendants LYON COUNTY SCHOOL DISTRICT and JERILEE KENT shall have up to and including May 31, 2019, to file their response to Plaintiff's *Complaint for Damages [Jury Demand]* (ECF No. 1). The response was originally due on April 10, 2019, and shall now be due on May 31, 2019.

[Remainder of page intentionally left blank.]

This request is made not as an attempt to delay but to allow Defendants time to fully prepare a response to the complaint and to engage in early resolution efforts with Plaintiff.

RESPECTFULLY SUBMITTED this 20th day of March, 2019.

ERICKSON, THORPE & SWAINSTON, LTD

By: /s/ Ann M. Alexander
    Ann M. Alexander, Esq. (SBN 7256)
    99 West Arroyo Street
    Reno, Nevada 89509
    Telephone: (775) 786-3930
    **Attorney for Defendants**

RESPECTFULLY SUBMITTED this 20th day of March, 2019.

LAW OFFICES OF ROBERT KILBY

By: /s/ Robert Kilby
    Robert Kilby, Esq.  (SBN 7402)
    1895 Plumas St., Suite 4
    Reno, Nevada 89509
    (775)337-6670
    **Attorney for Plaintiff**

## **ORDER**

Based on the above stipulation and good cause appearing, it is hereby ORDERED that Defendants shall have until May 31, 2019, to file their response to Plaintiff's *Complaint for Damages [Jury Demand].*

Dated: March 22, 2019.

William G. Cobb
United States Magistrate Judge