ANN M. ALEXANDER, ESQ. (#007256)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. 775-786-3930
Fax. 775-786-4160
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MILTON FUENTES and SUZANA MONTOYA, and M.F., a minor by and through his guardians ad litem MILTON FUENTES and SUZANA MONTOYA,<br><br>Plaintiffs,<br><br>vs.<br><br>LYON COUNTY SCHOOL DISTRICT, JERILEE KENT, and DOES 1 - 30,<br><br>Defendants. | Case No. 3:19-cv-00144-MMD-CBC<br><br>**STIPULATION<br>AND<br>ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

Plaintiffs MILTON FUENTES and SUZANA MONTOYA, and M.F., a minor by and through his guardians ad litem MILTON FUENTES and SUZANA MONTOYA, by and through their counsel, ROBERT KILBY of the LAW OFFICES OF ROBERT KILBY, and Defendants LYON COUNTY SCHOOL DISTRICT and JERILEE KENT, by and through their counsel ANN M. ALEXANDER of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate and agree that Plaintiffs' Complaint (ECF No. 1) be dismissed with prejudice, as this case has been resolved.

///

///

///

1

The parties further stipulate and agree that each party is to bear its own attorney's fees and costs incurred in this matter.

RESPECTFULLY SUBMITTED this 15th day of May, 2019.

/s/ Robert Kilby
ROBERT KILBY, ESQ. (#007402)
LAW OFFICES OF ROBERT KILBY
1895 Plumas St., Suite 4
Reno, Nevada 89509
Tel: (775)337-6670
Fax: (775)337-6652
*Attorney for Plaintiffs*

/s/ Ann M. Alexander
ANN M. ALEXANDER, ESQ. (#007256)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, Nevada 89509
Tel: (775)786-3930
Fax: (775)786-4160
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of May, 2019

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE